W. M. Butler et al., *Appellants,* v. I. L. Jones, *Appellee.*

En Banc.

Decision filed November 28, 1928.

Petition for rehearing denied December 12, 1928.

*Price, Price, Neely & Kehoe,* for Appellants;

*Ross Williams,* for Appellee.

Per Curiam.—In this case Mr. Chief Justice Ellis, Mr. Justice Terrell and Mr. Justice Strum are of opinion that the decree rendered by the trial court from which this appeal was taken should be affirmed, while Mr. Justice Whitfield, Mr. Justice Brown and Mr. Justice Buford are of opinion that said judgment should be reversed; and there being no prospect of a change of judicial opinion the decree will be affirmed on the authority of State, ex rel. Hampton v. McClung, 47 Fla. 224, 37 So. R. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 So. R. 452; Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 So. R. 380; and State, ex rel. Amos v. Hamwey, 87 Fla. 55, 100 So. R. 796; Yarnell v. Gregory, 88 Fla. 91, 101 S. R.

37; Broaddus v. Theurer, 92 Fla. 1107, 111 S. R. 110; Cravatt v. Pierson, 93 Fla. 935, 113 S. R. 94.

An order will be entered affirming the decree herein.

ELLIS, C. J., AND WHITFIELD, TERRELL, STRUM, BROWN AND BUFORD, J. J., concur.